UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 3:02CR119(AWT) |
| VS. | : | |
| RICHARD BONDS | : | JANUARY 10, 2008 |

## DEFENDANT RICHARD BONDS' MOTION TO RE-APPOINT COUNSEL

Pursuant to 18 United States Code Sec. 3006A and the Sixth Amendment to the United States Constitution, Defendant RICHARD BONDS, by and through his undersigned counsel, moves the court to re-appoint undersigned counsel to represent him in post-conviction matters in the above-entitled case. He submits in support of said motion:

1. On or about May 20, 2002, undersigned counsel was appointed to represent the Defendant in the above case.

2. The Defendant plead guilty to the Indictment on October 9, 2002.

3. On January 3, 2003, he was sentenced to serve a term of 57 months, with credit for time served.

4. He completed the custodial portion of the sentence.

5. He is currently serving a 3-year period of supervised release which began June 6, 2006.

1

6. He is supervised by Probation Officer Charmaine Harkins.

7. On December, 2007, P.O. Harkins notified undersigned counsel that the Defendant had failed to report to Probation as required.

7. Since that date, counsel has had telephone discussions with the Defendant and P.O. Harkins, has reviewed the criminal file from 2002-03, and has met in person with the Defendant and P.O. Harkins at a conference January 7, 2008.

8. On January 2, 2008, P.O. Harkins filed a Report on Offender Under Supervision with the court, requesting that a Compliance Review Hearing be held.

9. The Defendant has requested that counsel be re-appointed to represent him at the Compliance Review Hearing and in other post-conviction matters which may arise.

10. The Defendant has completed and signed a Financial Affidavit (C.J.A. 23) stating he is unemployed and has no assets. (See attached.)

2

WHEREFORE, the Defendant respectfully requests that undersigned counsel be re-appointed, nunc pro tunc, under the Criminal Justice Act to represent him.

DEFENDANT, RICHARD BONDS

BY _Margaret P. Levy_
MARGARET P. LEVY
Federal Bar No. ct00045
His Attorney
p.o. Box 370128
West Hartford, CT 06137
(860) 233-9119

3

# C E R T I F I C A T I O N

THIS IS TO CERTIFY that a copy of the foregoing was mailed this day, postage pre-paid, or was hand-delivered to the following:


Hon. Alvin W. Thompson
United States District Court
450 Main Street
Hartford, CT  06103

Probation Officer Charmaine R. Harkins
United States District Court
450 Main Street
Hartford, CT  06103

AUSA David Ring
450 Main Street
Hartford, CT  06103

Richard Bonds
34½ Elm Street
East Hartford, CT 06108

*Margaret P. Levy*

MARGARET P. LEVY