UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA  :

              v.               :          CRIMINAL NO. 3:02CR00119(AWT)

RICHARD BONDS        :

## ORDER ADDING SPECIAL CONDITION

The above-named defendant was sentenced on January 3, 2003 following his conviction on a violation of 18 U.S.C. § 922(g)(1), Possession of a Firearm and Ammunition by a Convicted Felon, to 57 months' imprisonment followed by three years' supervised release.

On January 7, 2008 this court scheduled a Compliance Review Hearing to determine whether the defendant's conditions of supervision should be modified based on allegations by the probation officer that the defendant had violated the conditions of supervision.

On February 1, 2008, the defendant appeared with counsel for a Compliance Review Hearing.  On that date, the defendant was continued on supervised release with the same conditions and terms originally imposed by the court.  In addition, the following special condition was ordered:

1.     The defendant shall be placed at the Watkinson Halfway House, or its equivalent,  for three months.  Further, the defendant is to comply with all the conditions set forth by staff at this facility.

All other conditions will remain in effect.

It is so ordered.

Dated this 6th day of February 2008, at Hartford, Connecticut.


_____    /s/AWT
                    Alvin W. Thompson
                    United States District Judge